# EXHIBIT D

PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
## ASSIGNMENT FOR ISSUED PATENTS & PATENT APPLICATIONS

WHEREAS, Loren L. Hatle and James J. Knocke ("ASSIGNORS"), individuals, are the owners of the entire right, title, and interest to the United States Patent Application entitled, "TREATMENT KIT FOR CLEANING SUBSTRATE SURFACES FOR REMOVAL OF WATER AND NON-WATER SOLUBLE OXIDES AND IONIC COMPOUNDS"; and

WHEREAS, TGS Solutions, LLC ("ASSIGNEE"), of 8 East Greenway Plaza, Suite 910, Houston, TX, 77046, US is desirous of acquiring the entire right, title, and interest in and to the Inventions, which includes all continuations, continuation in part, and divisional applications in the United States and foreign countries and the Patents;

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged:

ASSIGNORS hereby assigns and transfers to ASSIGNEE the entire right, title, and interest in and to the Inventions in the United States and foreign countries and the Patents and Patent Applications, including but not limited to all reissues, divisions, continuations and extensions of the Patents, all rights of action arising from the Patents, all claims for damages by reason of past infringement of the Patents and the right to sue and collect damages for such infringement, to be held and enjoyed by the ASSIGNEE for its own use and benefit and for its successors and assigns as the same would have been held by ASSIGNORS had this assignment not been made.

ASSIGNORS agree, for no additional compensation, to cooperate with ASSIGNEE and to execute and deliver all papers, documents, instruments, and assignments as may be necessary to vest all rights, title, and interests in and to the aforesaid materials in ASSIGNEE, including without limitation, any patent applications and the recordation of the assignment with the United States Patent & Trademark Office or any other foreign patent office.

ASSIGNORS hereby warrant that they have read the above assignment prior to its execution, and are fully familiar with the contents thereof.

IN WITNESS HEREOF, with the intent to be legally bound, the ASSIGNORS subscribe to this Assignment.

| ASSIGNOR, | | ASSIGNOR, | |
|---|---|---|---|
| Printed Name: | Loren L. Hatle | Printed Name: | James J. Knocke |
| Signature: | *(signed)* | Signature: | *(signed)* |
| Date: | Dec. 2, 2014 | Date: | 12-2-2014 |

Attorney Docket No.: 2004.005

1