# EXHIBIT E



# CORROSION PREVENTION TECHNOLOGIES

## Scanning Electron Microscope & Energy Dispersive X-Ray Spectrometer Analysis of Samples Cleaned with CorrX

Spectroscopy Services Provided by Anastas Technical Services

# Contents

**Overview**                                                                      **3**

**Objectives**                                                                    **3**

**Background**                                                                    **3**

**Conclusion**                                                                    **3**

**Sample Preparation Method**                                                     **4**

**Summary**                                                                       **5**

**Sample # 1 Images**                                                             **7**

**Sample # 2, Field A,  Images & EDS Reports (Contaminated Side)**                **10**

**Sample # 2, Field B,   Images & EDS Reports (Decontaminated Side)**            **16**

**Sample # 2, Field C,   Images & EDS Reports (Decontaminated Side)**            **21**

**Exhibits List**                                                                 **25**

## Overview:

Two 2" square steel samples, were submitted to Anastas Technical Services for study by SEM / EDS.  The purpose of this study is to satisfy the following objectives and evaluate the effectiveness of CorrX as a contaminant removal, surface preparation method by comparing / contrasting CorrX treated and untreated areas.

## Objectives:

1. Use CorrX to establish a baseline "contaminant free" surface for contaminant deposition.
2. Intentionally and methodically deposit known elements and corrosive compounds in defined areas.
3. Verify the location and identity of elements (i.e. Sulfur, Chlorine) that are integral to known corrosive compounds (i.e. Iron Sulfides and Iron Chlorides).
4. Verify the absence of the above elements / compounds on areas treated with CorrX.  Then compare and contrast (visually and quantitatively) the findings from #3 with areas on the same sample that have been treated with CorrX.

## Background:

SEM (Scanning Electron Microscope) is a type of electron microscope that images a sample by scanning it with a high-energy beam of electrons.  The electrons interact with the atoms that make up the sample producing signals that contain information about the sample's surface topography, composition and other properties such as electrical conductivity. To capture an image, a small coupon, in/on this particular instrument - no larger than 3"x3", is rigidly mounted on a specimen holder in a small chamber and then locked inside. The chamber is then pressurized and bombarded with electrons.

**SEM's can specifically identify and observe elements (such as Iron, Sulfur, Chlorine, etc…) but not compounds such as "Ferric Chlorides" or "Ferric Sulfides".  Additionally, elements must first be located (i.e. "found" or "discovered") before identification can occur.  This means that the potential for "false negatives" is very high in relation to corrosion control and contaminant (corrosive compound) detection in surface preparation methods.**

In other words, in order to positively identify the presence of an element, you first have to find it.  In order to evaluate the efficacy of a method of cleaning, it must be compared against a control polluted surface.

## Conclusion:

All objectives were satisfied.  The absence of contaminants, both visually and analytically, confirmed that CorrX produced a reliably clean baseline surface to deposit and compare / contrast with contaminated areas. Likewise, CorrX effectively removed contaminants.

3

## Samples Preparation Method:


**Sample #1, Coupon #2 (See Image #1):**

1. Cleaned / decontaminated with CorrX,
2. Saturated entire field with Ferric Chloride solution (Ferric Chloride powder dissolved in De-Ionized water),
3. Heated until dry over a propane gas stove,
4. Then a granule of Sulfur was deposited in the center of the coupon to develop a sulfide / sulfur field approximately the size of a pencil eraser.
5. Heated over propane gas stove until Sulfur granule melted and then evaporated
6. Blasted to White Metal with Aluminum Oxide abrasive media by an ISO 9001 coating application company,
7. Used magic marker pen to make four "dots" around the field of sulfur.


**Sample #2, Coupon #15 (See Image #5):**

1. Cleaned / decontaminated with CorrX,
2. Saturated whole surface face with Sulfur,
3. Heated over propane gas stove until Sulfur melted and uniformly covered the field before evaporating,
4. Saturated with Ferric Chloride solution (Ferric Chloride powder dissolved in De-Ionized water),
5. Heated until dry over a propane gas stove,
6. Blasted to White Metal with Aluminum Oxide abrasive media by an ISO 9001 coating application company,
7. Less than 5 hours later, ½ of the coupon was decontaminated with CorrX in a diagonal field so as to divide the coupon into two "diamonds".

## Summary:

### Sample 1:

Sample 1 was uniformly decontaminated with CorrX and then saturated with Ferric Chloride solution across the entire face and then a grain of Sulfur was deposited right in the center. The first image is a picture of the actual sample. Although the picture was taken after it had been vacuum sealed in a plastic bag for shipment, the Sulfur field is still evident through the plastic (see the slight / light colored circle about the size of a pencil eraser between all four dots and slightly larger than the white box).

The objective was to observe an area known to be populated with Sulfur particles. Four dots were placed around the Sulfur field to indicate where to inspect / image.

Mr. Anastas looked in a handful of regions in this field and everywhere he inspected he found deposits of Sulfur and Chlorine. The first magnified image (image 2) was taken at 250x and two additional inspection fields (A & B) were each imaged at 1000x (see images 3 & 4).

No measurements were recorded of this sample for two reasons:
1. The purpose of this sample was to demonstrate that when looking in a known, and intentionally contaminated, area deposited elements should be readily observable. **This was confirmed.**
2. The recordings taken from the contaminated field of Sample 2 are representative both visually and quantitatively of the contaminated field on this sample.


### Sample 2:

Sample 2 was uniformly decontaminated with CorrX and then saturated with Sulfur followed by Ferric Chloride solution. The sample was then cleaned in a diagonal cross section forming two triangular shaped fields – one contaminated, one decontaminated.

Multiple regions were analyzed (See Image 5) but only three (Fields A, B & C) were recorded as they were representative of all the unrecorded inspections on both samples.

Field A: A known contaminated area, High Sulfur and Chlorine were identified immediately with no searching.

Fields B & C:  Decontaminated Side, both fields were visibly different from Sample 1 and Sample 2, Field A. Except for embedded abrasive material (Aluminum Oxide), no Sulfur or Chlorine sites were identified.

**Sample #1**
**Images**
**Contaminated Area**

**(Sulfur Field Over Ferric Chloride Field)**

## Sample #1

**#1**



**#2**



## Sample #1

**#3**



**#4**



# Sample #2

# EDS Reports &
# Images - Contaminated Side

## Sample #2 – Contaminated Side, Field A:

**#5**



**#6**



# Sample #2 – EDS Report, Field A, Region A:



| Elt. | Line | Intensity (c/s) | Error 2-sig | Conc | Units | |
|------|------|-----------------|-------------|---------|-------|-------|
| Al | Ka | 14.57 | 0.986 | 1.620 | wt.% | |
| Si | Ka | 17.55 | 1.082 | 1.492 | wt.% | |
| S | Ka | 57.13 | 1.952 | 3.251 | wt.% | |
| Cl | Ka | 14.26 | 0.975 | 0.784 | wt.% | |
| Mn | Ka | 4.22 | 0.531 | 0.315 | wt.% | |
| Fe | Ka | 755.60 | 7.097 | 92.538 | wt.% | |
| | | | | 100.000 | wt.% | Total |

kV  15.0
Takeoff Angle  10.0°
Elapsed Livetime 60.0

## Sample #2 – Contaminated Side, Field A, Cont'd:

**#7**



**#8**



# Sample #2 – EDS  Report, Field A, Region A:



| Elt. | Line | Intensity (c/s) | Error 2-sig | Conc | Units | |
|------|------|-----------------|-------------|--------|-------|-------|
| Al | Ka | 5.09 | 0.583 | 0.871 | wt.% | |
| Si | Ka | 14.24 | 0.974 | 1.846 | wt.% | |
| S | Ka | 50.59 | 1.836 | 4.423 | wt.% | |
| Mn | Ka | 2.79 | 0.431 | 0.320 | wt.% | |
| Fe | Ka | 490.90 | 5.720 | 92.540 | wt.% | |
| | | | | 100.000 | wt.% | Total |

kV  15.0
Takeoff Angle  10.0°
Elapsed Livetime 60.0

13

**Sample #2**
**Field B,**
**Regions A & B**

**EDS Reports &**

**Images - Decontaminated (Clean) Side**

## Sample #2 - Clean Side, Field B, Region A:

**#9**



**See Images #10 & #11**

## Sample #2, Clean Side, Field B, Region A

**#10**



**#11**



# Sample #2, EDS Report, Field B, Region A



| Elt. | Line | Intensity (c/s) | Error 2-sig | Conc | Units | |
|------|------|-----------------|-------------|---------|-------|-------|
| Si | Ka | 5.46 | 0.603 | 0.869 | wt.% | |
| Mn | Ka | 1.92 | 0.357 | 0.221 | wt.% | |
| Fe | Ka | 444.66 | 5.445 | 98.910 | wt.% | |
| | | | | 100.000 | wt.% | Total |

kV  15.0
Takeoff Angle  10.0°
Elapsed Livetime 60.0

# Sample #2, EDS Report, Field B, Region B



| Elt. | Line | Intensity (c/s) | Error 2-sig | Conc | Units | |
|------|------|-----------------|-------------|---------|-------|-------|
| Al | Ka | 7.87 | 0.724 | 1.917 | wt.% | |
| Si | Ka | 6.18 | 0.642 | 1.152 | wt.% | |
| Fe | Ka | 374.48 | 4.996 | 96.931 | wt.% | |
| | | | | 100.000 | wt.% | Total |

kV  15.0
Takeoff Angle  10.0°
Elapsed Livetime 60.0

**Sample #2**

**Field C**
**Regions A, B, C**

**EDS Reports &**

**Images - Decontaminated (Clean) Side**

**Sample #2, Clean. Side, Field C, Regions A,B,C:**

**#12**



# Sample #2, EDS Report, Field C, Region A



| Elt. | Line | Intensity (c/s) | Error 2-sig | Conc | Units | |
|------|------|-----------------|-------------|------|-------|---|
| Al | Ka | 461.70 | 5.548 | 39.720 | wt.% | |
| Si | Ka | 236.35 | 3.969 | 34.473 | wt.% | |
| Fe | Ka | 115.43 | 2.774 | 25.807 | wt.% | |
| | | | | 100.000 | wt.% | Total |

kV  15.0
Takeoff Angle  10.0°
Elapsed Livetime 60.0

# Sample #2, EDS Report, Field C, Region B



| Elt. | Line | Intensity (c/s) | Error 2-sig | Conc | Units | |
|------|------|-----------------|-------------|--------|-------|-------|
| Al | Ka | 14.59 | 0.986 | 1.359 | wt.% | |
| Si | Ka | 28.54 | 1.379 | 2.022 | wt.% | |
| Fe | Ka | 973.30 | 8.055 | 96.619 | wt.% | |
| | | | | 100.000 | wt.% | Total |

kV  15.0
Takeoff Angle  10.0°
Elapsed Livetime 60.0

# Sample #2, EDS Report, Field C, Region C



| Elt. | Line | Intensity (c/s) | Error 2-sig | Conc | Units | |
|------|------|-----------------|-------------|--------|-------|-------|
| Al | Ka | 19.80 | 1.149 | 1.842 | wt.% | |
| Si | Ka | 23.96 | 1.264 | 1.705 | wt.% | |
| Mn | Ka | 5.86 | 0.625 | 0.327 | wt.% | |
| Fe | Ka | 967.93 | 8.033 | 96.126 | wt.% | |
| | | | | 100.000 | wt.% | Total |

kV  15.0
Takeoff Angle  10.0°
Elapsed Livetime 60.0

# Exhibits List:

| Image # | Description | Page # |
|---|---|---|
| **1** | **SAMPLE 1** | **7** |
| 2 | 250x Mag. of Sample 1, with two regions (A & B) identified | **7** |
| 3 | 1000x Mag. of Sample 1, Region A | **8** |
| 4 | 1000x Mag. of Sample 1, Region B | **8** |
| **5** | **SAMPLE 2** | **10** |
| 6 | 250x Mag. of Sample 2, Field A, Region A | **10** |
| | EDS Report: Reference Image #6, (High Sulfur & Chlorine) | **11** |
| 7 | 1000x Mag. of Sample 2, Field A, Region A (contaminated side) | **12** |
| 8 | 2500x Mag. of Sample 2, Field A, Region A (contaminated side) | **12** |
| | EDS Report: Reference Image #9, (High Sulfur) | **13** |
| 9 | 250x Mag.of Sample 2, Clean Side, Field B, Identified Regions (A & B) | **15** |
| 10 | 1000x Mag. of Sample 2, Field B, Region A | **16** |
| 11 | 2500x Mag. of Sample 2, Field B, Region A | **16** |
| | EDS Report:  Reference Image #10, Field B, Region A | **17** |
| | EDS Report:  Reference Image #10, Field B, Region B | **18** |
| 12 | 250x Mag. of Sample 2, Clean Side, Field C, Identified Regions (A, B, C) | **20** |
| | EDS Report:  Reference Image #14, Page 21, Field C, Region A | **21** |
| | EDS Report:  Reference Image #14, Page 21, Field C, Region B | **22** |
| | EDS Report:  Reference Image #14, Page 21, Field C, Region C | **23** |

| | |
|---|---|
| **\*\*NOTE:** | **Green areas indicate related images and EDS reports** |