# EXHIBIT F

# Corrosion Prevention Technologiesl

Making Corrosion History™



## How Corrosion Starts

Corrosion has confounded industries for decades. Although many companies claim to have the solution to this epidemic, they only offer methods that mask the problem. Already the cause of a $2.2 trillion global problem, corrosion continues to grow at an alarming rate.

Existing metal structures exhibit corrosion through blistering, peeling, or total coating failure. These descriptions focus on the results of the corrosion process, when in fact corrosion is the deterioration of a metal substance when reacting to its environment. Corrosion does not occur as a result of a coating failure; however, coating failures do tend to occur as a result of corrosion. Corrosion is caused by contaminants left on the substrate prior to coating.

**Myths**

Many myths exist in the corrosion industry. Here are a few:
　　Coatings are the best defense against corrosion.
　　Soluble salts are the main cause of corrosion.
　　Abrasive blasting is the best surface cleaning method.
　　Abrasive blasting will remove all contaminants from the surface.
　　We don't have a corrosion problem!

Though many companies acknowledge that they have issues with corrosion, many are unaware of the magnitude of the problem and the additional indirect costs associated with it. They traditionally address the issue with abrasive blasting and coating. This might seem to be a simple solution to an ongoing problem. But consider this: even when white metal, the industry's highest visual standard, looks pristine to the naked eye, the view under the microscope tells a completely different story. Look at this piece of steel, which was contaminated with sulfides and ferric chlorides, then blasted to white metal:

 

Within hours, the surface had already rusted. One side of the rusted area was treated with CorrX and analyzed within 4 hours. Energy-dispersive X-ray spectroscopy reports showed no contaminants on the CorrX side. Microscopic views of the untreated side reveal cracks in oxidation layers and contaminant deposits. The CorrX side had no contaminants and no corrosion.

**Cleaner is Better!**

When you apply a coating to a clean substrate, free of contaminants, it will outperform any other type of surface preparation. Cleaner is better. Coatings are sophisticated and designed to perform many years longer than what is being recorded today.

CorrX 4 Hours after blasting to white metal, the untreated side is already rusting.

## Removing Contaminates

Conventional substrate preparation methods used prior to the application of protective coatings are inadequate and do not remove microscopic contaminants, one of the primary causes of coating failures.

CorrX technology removes both water-soluble and non-water-soluble contaminants, effectively taking out a key component of the corrosion mechanism necessary for cathodic corrosion-induced coating failure. CorrX breaks the attraction between certain non-water-soluble materials and their surfaces. By removing the surface contaminants, CorrX achieves a superiorly cleaned substrate. This has not been achieved in the past by the coating industry.

**Water-Soluble and Non-Soluble Contaminants**

Metal-substrate contaminants are the number-one cause of all coating failures. Most often they are inadequately detected by current test methods, or are simply ignored. Substrate contamination from soluble salts, such as nitrates, chlorides and sulfates, has been shown to lead to coating failures. The industry has spent countless hours and capital studying and identifying soluble salts. Sulfides are substrate contaminants that, we believe, are the leading culprit contributing to cathodic corrosion. Sulfides are non-soluble and difficult to remove. Because many industry professionals are unaware of their existence, sulfides are rarely detected and discussed. In fact, Corrosion Prevention Technologies is the only one in the market today addressing sulfide removal.

Many experts believe all contaminants can be removed through abrasive blasting or simple washing. But this is not so.

## Benefits of CorrX

By eliminating contaminants, CorrX ensures that coating systems can have higher bonding strength and longer service life. CorrX makes an immediate difference at the project level by eliminating variables, such as having to reblast due to flash rust, that accelerate costs and asset downtime.

With our simple and safe Coating-Edge Technology™, you prepare the substrate just once. After the tank is blasted, CorrX PREP is applied. CorrX PREP is a powder that is converted to a gel on site. The gel removes any substrate contaminants remaining on the metal and any flash rust that has occurred since the cleaning. CorrX WASH rinses away the reacted contaminants and stabilizes the substrate. When the substrate is dry, you are ready to coat. With CorrX, you don't have to coat the same day of surface preparation. In fact, coatings have been applied more than three weeks after the initial cleaning with no recordable coating failures on any project.

CorrX, being non-toxic and biodegradable, can be disposed of safely and easily by following the owner's own internal waste disposal procedures. CorrX is an environmentally-friendly, long-term solution to an age-old problem. With CorrX, you can dramatically reduce project costs, expedite project schedules, remove corrosion-causing substrate contaminants, enhance coating performance, and minimize asset maintenance and downtime caused by corrosion. Quite simply, CorrX allows you to optimize your resources and do more with less.

CorrX revolutionizes the coating process by allowing the entire project to be sandblasted, CorrX treated, then coated, on contrast to the traditional method of sandblasting a small section, applying corrosion inhibitor, coating, and then repeating so as to not allow excess flash rust to interfere with coating adhesion. Project efficiency is typically increased by 25% - 30 %. The traditional method leads to inefficient use of personnel, requires extra moving of equipment and results in higher labor costs and longer asset downtime.

CorrX lowers the cost of ownership by eliminating the causes of coating failures, resulting in a reduced frequency and severity of required maintenance, while increasing the asset value with longer life expectancy.

Talk to one of our expert technologists to discuss your most destructive corrosion issues and the ways CorrX can put an end to them today. Let us prove to you what the revolutionary solution CorrX can offer you. Join us in Making Corrosion History™.

Corrosion Prevention Technologies,     8 Greenway Plaza, Suite 910
Houston, TX 77055     713.850.7031
©2014 Corrosion Prevention Technologies . All Rights Reserved.     Login