# EXHIBIT G

# CORROSION PROTECTION PART 2: CLEANWIRX AND ECOQUIP

## A NEW APPROACH TO CORROSION PROTECTION PART 2

Corrosion Exchange, LLC, a Houston-based company, has introduced a patent-pending product to protect metal surfaces from corrosion when using wet and vapor abrasive blasting equipment. In part one of this article, we introduced CleanWirx 207 as a one-step process that converts iron sulfide to a soluble compound that can be more thoroughly removed. In this article, we discuss how it is used with the Graco EcoQuip 2 Vapor Abrasive blasting product line.

## ABRASIVE BLASTING'S ROLE

Vapor abrasive blast cleaning and CleanWirx provide a particularly strong combination in surface preparation. Historically, sand blasting and other dry blasting methods have been used in surface preparation and restoration. To minimize emissions of dust, silica, and other particles linked to health and environmental concerns, wet blasting was developed in the 1960s. Wet blasting was slow to catch on due to heavy water use and challenges of containment, cleanup, and disposal of the water-sand mixture.

To address some of the challenges of wet and dry blasting, a growing number of contractors and owners have turned to vapor abrasive blast cleaning, which combines water and abrasive in a pressurized chamber and injects the mixture into an adjustable airflow. The vapor abrasive approach encapsulates individual grains of abrasive material in water, weighing the particles down and providing more mass on the particle at impact. Because dust is minimized, less containment is generally required and media clean-up time can be reduced. Vapor abrasive blast cleaning also reduces rebound of abrasive particles, which pose risk to workers and the environment.

Vapor abrasive blast cleaning units, such as the Graco EcoQuip 2 shown in Figure 1, suppress dust up to 92 percent when compared to dry blasting. The EQs and EQs elite models use approximately 13 to 18 gallons of water per hour, far less than wet blasting.

### SECTIONS

Abrasive Blasting's Role

Reaping the Benefits

Time Savings

## CONTACT AN EXPERT

FIRST NAME*        LAST NAME*

COUNTRY*

-- Your Country --

EMAIL*             PHONE

COMPANY NAME*

☐ Yes, I'm interested in receiving email updates on customer stories, tips and tricks, new products and other Graco news.

Your privacy is very important to Graco. We will not sell your information to other companies. However, to best serve your needs, your information may be shared with Graco's distributor partners. For details, view our Privacy Policy.

SEND



**Figure 1: The Graco EcoQuip 2 EQs uses a water-abrasive mixture to prepare and restore surfaces.**

# REAPING THE BENEFITS

The CleanWirx-vapor abrasive blast cleaning process has been used effectively on tanks, industrial equipment, and other steel surfaces. As an example, an above-ground storage tank at a petroleum tank storage facility in Houston was experiencing excessive corrosion in sensitive and congested areas. Traditional surface treatment techniques were not achieving the results the owner was seeking. Using CleanWirx 207 and vapor abrasive blast cleaning, the tanks were successfully cleaned, inspected, and coated below budget and on time.

Initially, three tanks were selected to receive the CleanWirx 207 surface decontamination treatment. After observing the results, the owner had three other tanks treated with CleanWirx 207. The refinery has since adopted CleanWirx 207 as new standard in surface preparation.

# TIME SAVINGS

In addition to achieving new levels of surface cleanliness, the CleanWirx-vapor blast cleaning process can also achieve significant time savings. To illustrate this, consider the following example. Using traditional methods, a 36,000-square-foot facility might require 45 days to blast, coat, and inspect. This is based on a 10-hour workday and 800 square feet of coverage per day, with setup, blasting, coating, and inspection, as shown in Figure 2.

# TRADITIONAL METHOD: 450 HOURS

36,000 sq. ft. @ 800 (avg) sq. ft. per day = 45 days to complete project.



**Figure 2: Traditional blast cleaning and coating might require 45 days to treat a 36,000-square-foot facility.**

*Note:

- Any inspection failures will accumulate additional hours
- Sq. ft. per day negatively impacted by weather delays/dehumidification
- Added steps for decontamination (repeat attempts expected utilizing standard agents such as salt removers, inhibitors, rust converters)
- Unpredictable efficacy of traditional methods known to extend project deadlines and costs

Using vapor abrasive blast cleaning and CleanWirx 207, the same facility could be treated in 27 days, as shown in Figure 3. The efficiencies gained in cleaning the surface thoroughly and swiftly result in shortening the project duration by 40 percent.

## CLEANWIRX METHOD: 270 HOURS

36,000 sq. ft. @ 1,350 (avg) sq. ft. per day = 27 days to complete project.



**Figure 3: Using abrasive blast cleaning and CleanWirx 207, a 36,000-square-foot facility could be treated in 27 days.**

Considering the time savings and enhanced levels of surface cleaning, the CleanWirx-vapor abrasive blast cleaning combination can provide an attractive option to owners facing large surface cleaning projects.

## ABOUT CORROSION EXCHANGE, LLC

Corrosion Exchange, LLC, is the developer and manufacturer of the CleanWirx 207 One Step application process, which decontaminates surfaces at the molecular level, eliminating visually undetectable levels of highly corrosive substances. The company provides a unique health-, safety-, and environmentally-conscious metal surface preparation solution, even in the most challenging heavy industry environments.

## ABOUT THE AUTHORS

**Loren L. Hatle** is founder of Corrosion Exchange, LLC, and inventor of the CleanWirx 207 process. He has served as CEO, chairman of the board, and chief technical officer of companies formed to eliminate corrosion. With over 42 years' experience in corrosion control and consulting, he has developed numerous corrosion control processes and products and has received multiple patents. He is certified by NACE International (formerly the National Association of Corrosion Engineers) in the Coating Inspector Program (CIP) as #207.

**Wade Hannon** is an Area Sales Manager – Specialty Products at Graco Inc. He is responsible for equipment demonstrations, technical support, distributor development and sales support, marketing and promotion within assigned territories, trade shows and internal sales support.

## RELATED PRODUCTS



EcoQuip 2 - Mobile

VIEW DETAILS



EcoQuip 2 - Skid

VIEW DETAILS



King

VIEW DETAILS

## RELATED ARTICLES

THE BASICS                              THE BASICS                              THE BASICS

### Corrosion Protection Part 1: Intro to CleanWirx

A thoroughly cleaned surface virtually free from surface contaminants leads to improved coating adhesion and reduced likelihood of corrosion

### Surface Prep Standards Explained - SSPC/NACE & ISO 8501

Understanding the ISO 8501 and SSPC/NACE blast cleaning surface prep standards.

### How to Spray Inorganic Zinc Primers

To properly spray inorganic zinc primers, it's as much about how you handle the material as it is about the pump. Here's why.

## HAVE QUESTIONS? LET'S TALK.

**CONTACT AN EXPERT**

We'll help you choose the right product for your job.

CONTACT US

**TECH SUPPORT**

Monday-Friday
7:30 a.m.-5 p.m. Central Time

866-361-5959

**EMAIL SUPPORT**

GET IN TOUCH

Contractor    Articles & Advice    Corrosion Protection Part 2: CleanWirx and EcoQuip

TOP

**SOLUTIONS FOR CONTRACTORS**

Exterior Finishing
Interior Finishing
Insulation
View All

**PRODUCTS & SOLUTIONS**

Homeowner
Vehicle Service & Heavy Equipment
Industrial, Manufacturing & Processing
For Distributors

**HOW TO BUY**

Find a Distributor
Contact Us
Request a Demonstration



**OWNER SUPPORT**

Education Center
Find Manuals & Parts
Find a Distributor
Contact Technical Support

    VIEW ALL SOCIAL

NORTH AMERICA/ENGLISH

© Graco Inc. All rights reserved.

Privacy Policy    Terms of Service    Trademarks    Patents    CA Supply Chains Act