# EXHIBIT H



**When you win, we w**
Game-changing metal cleaning, sur
finishing & corrosion prevention soluti

Ask an Expert

| HOME | PIONEERING PRODUCTS | IN THE WIRX | SIMPLE SUSTAINABILITY |

- OxNot Products
- OxNot CleanBlast
- OxNot Gel
- Ionyx Products
- IONYX Marine Coatings
- ShieldWirx
- LiftWirx



Better *****, Better Results.

## Results Speak Volumes

Consistently achieve surface prep standards above expectations, the first time, every time.
OxNot products succeed where other products repeatedly fail.

BEFORE





### Eliminate Obstacles

Humidity-loving OxNot surface preparation products lets pros control variables, avoid process complications. This totally different, straightforward, streamlined approach harnesses solutions proven to permanently eradicate corrosion, ionic contaminants, soluble salts and microbial byproducts from metal surfaces.

### Nothing is Everything

Environmentally-benign OxNot products leave nothing but unsurpassed surface cleanliness - NO film, inhibitors or other adhesion-interfering compounds. That "nothing" is important to promoting consistent and

maximum adhesion with NO coating compatibility concerns and NO more corrosion reactions beneath protective coatings.

## OxNot CleanBlast

## The End of Heavy-Contamination Nightmares

Add OxNot CleanBlast to the water dank to simultaneously blast, decontaminate and passivate metal while you blast. Removes the whole laundry list of ionic contaminants, microbial films and interference in one step. Holds the Blast longer than any other method.

- Visible & Invisible Oxidization/Corrosion
- Chlorides & Nitrates
- Sulfates & Sulfides
- Ionically Bonded Salts
- MIC/SRB & Microbial By-Products
- Chemical & Biological Contaminants
- Adhesion-Interfering Compounds

**OxNot Gel** forms a cling gel solution for application via sprayer or brush after abrasive blast cleaning. 2-Step formula requires OxNot Rinse.

OxNot Gel

**OxNot Soak** is made just for application via submersion or ultrasonic.. 2-Step formula requires OxNot Rinse.

OxNot Soak

## The What

OxNot products let you achieve the ultimate visual & microscopic metal hygiene in minutes. Stops flash rust and prevent corrosion under coatings well into the future. Biodegradable OxNot is completely free of chemical toxins such as methyl chloride, chlorinated solvents, methanol, toluene & acetone.

## The How

Add OxNot CleanBlast to the water tank, and blast as usual to simultaneously clean, profile and remove captured impurities- 1-step surface prep, zero dwell time, zero residuals. OxNot creates optimally receptive surfaces that significantly improve adhesion to promote more consistent coating performance. Use OxNot Gel 2-part for post dry-abrasive applications, and OxNot Soak for ultrasonic bath or dip applications.

## The Why

OxNot products provide unsurpassed surface cleanliness and eliminate the underlying causes of coatings failures, thereby reducing the number of failed inspections, slashing project time and costs, diminishing asset downtime, increasing worker and environmental safety. OxNot saves asset owners money year over year, for exended ROI.

OxNot ROI

© 2020 Wirx Group

Winlock, WA USA
866-610-0774

Find a Dealer