# EXHIBIT I

| HOME | ABOUT | PRODUCTS | OUR STORY | CONTACT | BLOG |

## Super Fast, Super Practical.   Zero Residue.   Eco Friendly.



Real corrosion control removes the underlying causes *(not just the symptoms)* .

Without OxNot
Rust, corrosion generators & micro-contaminants remain present.

With OxNot
Rust, corrosion generators & micro-contaminants have been eliminated.

Metal items are continuously under attack from corrosion reactive sites that exist within metal surfaces. Reactions bubble to the surface, penetrating protective coatings and leaving metal vulnerable to attack from both sides of the surface because ordinary surface preparation processes and rust removers are not designed to address ionically bonded salts and contaminants that create corrosion reactive sites.

### OxNot: Novel approach leads to faster, easier process & better results

OxNot eliminates macro- and micro- corrosion generators. Scanning Electron Microscopy provides clear empirical evidence that OxNot eliminates mill scales, micro-contaminants, interference materials and corrosion reaction sites that rust converters, rust removers, salt removers and conventionalsurface prep processes routinely leave behind.

OxNot is not a film former, converter or inhibitor. Film formers, converters and inhibitors are expensive chemical products that attempt to maintain the appearance of"clean" metal by retarding flash rusting through diluting some, and temporarily masking all, surface contaminants. In doing so, they hide mechanisms that will eventually cause the coating system to fail. This is why professionals don't use them.

Dehumidification and reblasting steps are simply not needed when using OxNot for surface prep. Moreover, OxNot is "coating-neutral", with ZERO film formers and ZERO interference compounds (known to inhibit coating adhesion). OxNot does not soften, degrade, remove or otherwise affect intact old coatings. OxNot has no detrimental effect on galvanized, inorganic zinc coating or thermal spray metal coatings when used according to recommended dwell times. OxNot vastly improves the condition of metal substrates to ensure strong, uniform coating adhesion for maximum longevity and performance.

## OxNot: Quantum Leap in Corrosion Control

NO-BULL SOLUTION TO CORROSION CONTROL



PUBLICATIONS
& MEDIA



CONCLUSIVE
EVIDENCE



SCIENTIFIC
DISCOVERY

| HOME | ABOUT | PRODUCTS | OUR STORY | CONTACT | BLOG |

- Demonstration
- Independent Tests
- White Paper

