# EXHIBIT J

# Film Former Study OXNOT 207* vs. Holdtight 102 & Chlor*Rid

27 tests were conducted and categorized according to four phases: Water Only, Concentrate, OXNOT 207, and Dilute.

The coupons were dry abrasive blasted in a blast cabinet with mixed media at Dixie Labs in Houston, Texas. Coupons were treated with each material via spray bottle application and then placed in an oven at 30 degrees Celsius for 10-15 minutes (except where indicated) hanging on a hook in a vertical position.

Water Only

Four coupons were tested two times each to collect 8 measurements. One coupon was tested with deionized water. The other three coupons were tested with tap water.

None of the tests exhibited an increase in weight. All of the measurements were between -0.0002 grams and -0.0006 grams less than the starting weight with an average difference (mean) equaling -0.0004 grams.

*Observations: It was initially assumed, and then later rejected, that the reason for decrease in measurement after the first test was because the coupons were not wiped down or blown with air to remove dust after blasting. This prompted the second testing on each coupon in order to discover a reason for the decrease in weight post application. Given that the second test showed a decrease as well, it is more likely that the total dissolved solids in the tap water evacuated the coupons while hanging vertically and/or their combined weight was less than the scale's range of capability.*

Concentrate Only

Three coupons were tested two times each to obtain 6 measurements (one coupon for each product, two tests for each coupon).

| Product Name | Coupon # | Test # | Dry Time | Difference | Result |
|---|---|---|---|---|---|
| Holdtight | 14 | 1 | 30 minutes | 0.0176 g | Increase |
| Holdtight | 14 | 2 | > 2+ hours | 0.0002 g | Increase |
| Chlor*Rid | 15 | 1 | 30 minutes | 0.0040 g | Increase |
| Chlor*Rid | 15 | 2 | > 2+ hours | 0.0001 g | Increase |
| OXNOT 207 | 16 | 1 | 10 minutes | -0.0008 g | Decrease |
| OXNOT 207 | 16 | 2 | 10 minutes | -0.0003 g | Decrease |

# Film Former Study OXNOT 207* vs. Holdtight 102 & Chlor*Rid

*Observations: The OXNOT 207 coupons reflected similar data to the Water Only tests — no increase in weight. OXNOT 207 coupons were visibly dry and removed after 10 minutes on each test and were therefore OXNOT 207 was re-applied for the second test.*

*Holdtight & Chlor*Rid coupons were still visibly wet (see photos) and therefore were not reapplied for second test. Holdtight & Chlor*Rid coupons were still using initial application for the second test at 2+ hours. Both Holdtight and Chlor*Rid coupons were left in the oven for the remainder of the lab time and the temperature was elevated to 35 degrees Celsius for one hour and then back down to 30 degrees Celsius.*



*OXNOT 207*

One coupon was treated with OXNOT GEL and then washed with de-ionized water. Two coupons were treated with OXNOT GEL and then washed with OXNOT 207. All three coupons were dried outdoors in cooler temperatures (approx. 10 degrees cooler) and higher humidity. Additionally, OXNOT 207 was diluted to 1:50 (half the recommended dilution ratio).

| Product Name | Coupon # | Test # | Dry Time | Difference (g) | Result |
|---|---|---|---|---|---|
| OXNOT GEL + DI | 11 | 1 | <15 minutes | -0.0500 | Decrease |
| OXNOT GEL + OXNOT 207 | 12 | 1 | <15 minutes | -0.0473 | Decrease |

# Film Former Study OXNOT 207* vs. Holdtight 102 & Chlor*Rid

| | | | | | |
|---|---|---|---|---|---|
| OXNOT GEL + OXNOT 207 | 13 | 1 | <15 minutes | -0.0481 | Decrease |

Observation: All three coupons showed a decrease in weight between -0.0473 and -0.005 grams.

Dilute

Ten coupons were tested once each to collect 10 measurements (4 x Chlor*Rid, 4 x Holdtight 102, 2 x OXNOT 207). Chlor*Rid and Holdtight 102 were diluted 1:100 according to applicable manufacturer recommendations. OXNOT 207 was diluted to half the recommended dilution ratio (1:50 instead of 1:100). Only two tests were conducted with OXNOT 207 in this phase since two tests in the OXNOT GEL phase had already been completed using the same dilution of OXNOT 207.

| Product Name | Coupon # | Test # | Dry Time | Difference (g) | Result |
|---|---|---|---|---|---|
| HoldTight 102 | 1 | 3 | <15 minutes | -0.0005 | Decrease |
| Holdtight 102 | 2 | 3 | <15 minutes | 0.0003 | Increase |
| Holdtight 102 | 5 | 1 | <15 minutes | -0.0009 | Decrease |
| Holdtight 102 | 6 | 2 | <15 minutes | 0.0015 | Increase |
| Chlor*Rid | 3 | 3 | <15 minutes | 0.0000 | No Change |
| Chlor*Rid | 4 | 3 | <15 minutes | 0.0004 | Increase |
| Chlor*Rid | 7 | 1 | <15 minutes | -0.0009 | Decrease |
| Chlor*Rid | 8 | 2 | <15 minutes | -0.0006 | Decrease |
| OXNOT 207 | 9 | 1 | <15 minutes | -0.0002 | Decrease |
| OXNOT 207 | 10 | 2 | <15 minutes | -0.0008 | Decrease |

***OXNOT GEL & OXNOT 207 have been renamed from CorrX PREP & CorrX WASH***