# EXHIBIT L

# *Brine Pit Piping Maintenance Project*

Completed in October 1995; Coated with a standard epoxy coating; Photos taken 10+ years later

- **No additional coating or maintenance**
- **No corrosion even on the bolt threads**
- **Two similar sites, completed at the same time using traditional surface preparation methods, were re-treated 4 times in 11 years**



Page 34

Proprietary and Confidential 2013