# EXHIBIT N

# Biomonitoring Report

prepared for
**MicroClean Metals LLS**

**CleanWirx** Run-off from Treated Plate Metal.

INLAND SILVERSIDE (*Menidia beryllina*) LARVAL SURVIVAL & GROWTH TEST, EPA-821-R-02-014: METHOD 1006
This test was initiated September 23, 2013 at 1423

### *M. beryllina*; EE USA Project No.: Q-625-13

SURVIVAL NOEC/LOEC = 25.0%/35.0% LS
GROWTH NOEC/LOEC = <12.0%/12.0% LS
LPC % CV = 6.4

MYSID (*Mysidopsis bahia*) SURVIVAL, GROWTH, AND FECUNDITY TEST, EPA-821-R-02-014: METHOD 1007
This test was initiated September 23, 2013 at 1422

### *M. bahia*; EE USA Project No.: Q-626-13

SURVIVAL NOEC/LOEC = 1.1%/1.8% LS
GROWTH NOEC/LOEC = 0.6%/1.1% LS
LPC% CV = 14.9

Report Date: October 11, 2013

by
**ENVIRONMENTAL ENTERPRISES USA, INC.**
58485 PEARL ACRES ROAD, SUITE D
SLIDELL, LOUISIANA 70461
(800) 966-2788

*This report narrative contains seven pages. The results and conclusions presented in this report apply only to the sample(s) tested. All results included in this report are from a valid test.*

| | |
|---|---|
| Veronica McNew<br>Effluents Testing Supervisor | October 11, 2013 |
| Mark O'Neil<br>QA/QC Supervisor | October 11, 2013 |
| David L. Daniel<br>Laboratory Director | October 11, 2013 |