# EXHIBIT O

| | | |
|---|---|---|
| **Form 424**<br>Secretary of State<br>P.O. Box 13697<br>Austin, TX 78711-3697<br>FAX: 512/463-5709<br><br>Filing Fee: See instructions | <br><br>**Certificate<br>of Amendment** | Filed in the Office of the<br>Secretary of State of Texas<br>Filing #: 801891805 06/12/2020<br>Document #: 976118830002<br>Image Generated Electronically<br>for Web Filing |

### Entity Information

The filing entity is a: **Domestic Limited Liability Company (LLC)**

The name of the filing entity is: **TGS Solutions, LLC**

The file number issued to the filing entity by the secretary of state is: **801891805**

### Amendment to Name

The amendment changes the formation document of the filing entity to change the article or provision that names the entity. The article or provision is amended to read as follows:

The name of the filing entity is:

**Corrosion Prevention Technologies LLC**

A letter of consent, if applicable, is attached.

### Statement of Approval

The amendment has been approved in the manner required by the Texas Business Organizations Code and by the governing documents of the entity.

### Effectiveness of Filing

☑ A. This document becomes effective when the document is filed by the secretary of state.

☐ B. This document becomes effective at a later date, which is not more than ninety (90) days from the date of its filing by the secretary of state. The delayed effective date is:

### Execution

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and declares under penalty of perjury that the undersigned is authorized under the Texas Business Organizations Code to execute the filing instrument.

Date: **June 12, 2020**     **Marlin Lester, Vice President & Chief Operating Officer**

Signature of authorized person

FILING OFFICE COPY

Corporations Section  
P.O.Box 13697  
Austin, Texas 78711-3697

Ruth R. Hughs  
Secretary of State

# Office of the Secretary of State

### CERTIFICATE OF FILING
### OF

Corrosion Prevention Technologies LLC  
801891805

[formerly: TGS Solutions, LLC]

The undersigned, as Secretary of State of Texas, hereby certifies that a Certificate of Amendment for the above named entity has been received in this office and has been found to conform to the applicable provisions of law.

ACCORDINGLY, the undersigned, as Secretary of State, and by virtue of the authority vested in the secretary by law, hereby issues this certificate evidencing filing effective on the date shown below.

Dated: 06/12/2020

Effective: 06/12/2020



Ruth R. Hughs  
Secretary of State

Come visit us on the internet at https://www.sos.texas.gov/

Phone: (512) 463-5555   Fax: (512) 463-5709   Dial: 7-1-1 for Relay Services  
Prepared by: Stacey Ybarra   TID: 10303   Document: 976118830002