# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| CORROSION PREVENTION TECHNOLOGIES LLC, | ) ) ) | |
| *Plaintiff,* | ) ) | |
| v. | ) ) | Case No. 4:20-cv-02201 |
| LOREN L. HATLE, SANTIAGO HERNANDEZ, TIMOTHY MULVILLE, BEAR METAL TECHNOLOGIES, LLC, and CORROSION EXCHANGE, LLC, | ) ) ) ) ) ) | **JURY TRIAL DEMANDED** |
| *Defendants.* | ) ) | |

## JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER

Plaintiff Corrosion Prevention Technologies LLC ("Plaintiff") and Defendants Loren L. Hatle, Santiago Hernandez, Timothy Mulville, Bear metal Technologies, LLC, and Corrosion Exchange, LLC ("Defendants") file this Joint Motion for Entry of Agreed Protective Order and request that the Court enter the proposed Protective Order attached hereto as Exhibit A.

Dated: January 11, 2021

Respectfully submitted,

By: */s/ John R. Keville*
John R. Keville
Attorney-in-Charge
Texas Bar No. 00794085
S.D. Adm. No. 20922
jkeville@winston.com
Corinne S. Hockman
Texas Bar No. 24102541
S.D. Adm. No. 3019917
chockman@winston.com
Kyle A. Terao
Texas Bar No. 24106502
S.D. Adm. No. 3253694
kterao@winston.com
WINSTON & STRAWN LLP
800 Capitol, Suite 2400
Houston, Texas 77002
Tel. (713) 651-2600
Fax (713) 651-2700

**COUNSEL FOR PLAINTIFF CORROSION PREVENTION TECHNOLOGIES LLC**

By: */s/ Robb D. Edmonds*
Robb D. Edmonds, Attorney-in-Charge
Texas Bar No. 24029530
S.D. Adm. No. 675600
redmonds@edmondsiplaw.com
Michael Faries
Texas Bar No. 24116340
S.D. Adm. No. (to be admitted)
mfaries@edmondsiplaw.com
EDMONDS & CMAIDALKA, P.C.
16850 Diana Lane, Suite 102
Houston, Texas 77058
Tel. (281) 480-2700 ext. 101
Fax (281) 201-0590

**COUNSEL FOR DEFENDANTS**

2

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document has been served on counsel of record who are deemed to have consented to electronic service on January 11, 2021, via electronic filing using the Court's CM/ECF system.

/s/ *Corinne S. Hockman*