# EXHIBIT A-2

# EXHIBIT C

## Schedule of Assets to be Contributed to Company by Contributor

HATLE_0003454

US Provisional Patent Application Serial No. 61/591,028 filed on January 26, 2012; entitled "TREATMENT FOR PROVIDING IMPROVED ADHESION OF BARRIER COATINGS TO METALS."

US Utility Patent Application Serial No. 13/359,108 filed on January 26, 2012; entitled "METHOD FOR PROVIDING IMPROVED ADHESION OF BARRIER COATINGS TO METALS."

HATLE_0003455