IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CORROSION PREVENTION TECHNOLOGIES LLC<br>  Plaintiff, | ) ) ) ) | |
| vs. | ) ) | Civil Action 4:20-cv-02201 |
| LOREN HATLE, SANTIAGO HERNANDEZ, TIMOTHY MULVILLE, BEAR METAL TECHNOLOGIES, LLC, and CORROSION EXCHANGE, LLC,<br>  Defendants. | ) ) ) ) ) ) | **JURY TRIAL DEMANDED** |

## **DEFENDANT LOREN HATLE NOTICE OF STRIKING DOCKET ENTRY 41**

Defendant, by and through undersigned counsel hereby files this Notice of Striking Docket Entries 41, 41-1, 41-2, and 41-3, and in support states as follows:

1. On June 22, 2021, Defendant e-filed their SUMMARY JUDGEMENT ON COUNT VI (Docket Entry 41) and three supporting exhibits (Docket Entries 41-1, 41-2, and 41-3). In doing so, there was an error wherein the documents filed were duplicative of a prior filing under Docket Entries 40, 40-1, 40-2, and 40-3.
2. Defendants e-filed this pleading a second time under Docket Entries 42, 42-1, 42-2, 42-3.

WHEREFORE, Defendants, by and through their undersigned counsel, request this Court to strike Docket Entries 41, 41-1, 41-2, and 41-3 as moot.

DATED: June 22, 2021

Respectfully submitted,

By: /s/ Robb Edmonds
Robb D. Edmonds (Attorney-in-Charge)
Texas Bar No. 24029530
S.D.TX Admission No. 675600
Email: redmonds@edmondsiplaw.com
Michael Faries
Texas Bar No. 24116340

S.D.TX Admission No. 3597998
Email: mfaries@edmondsiplaw.com
EDMONDS & CMAIDALKA, P.C.
16850 Diana Lane, Suite 102
Houston, Texas 77058
Telephone: 281-480-2700 ext. 101
Facsimile: 281-201-0590

*Attorneys for Defendants
Loren Hatle, Santiago Hernandez, Timothy Mulville, Bear Metal Technologies, LLC and Corrosion Exchange, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2021, I electronically filed the foregoing document with the United States District Court for the Southern District of Texas using the CM/ECF system, which sent notification of such filing to all counsel of record who have registered with the CM/ECF system. Any other counsel of record will be served by U.S. mail.

/s/ Robb Edmonds
Robb Edmonds

*Corrosion Prevention Technologies LLC vs. Loren Hatle, et al.*
*Civil Action No. H-4:20-cv-02201* Page 2 of 2
*U.S. District Court, So. Dist. of TX-Houston Division*