# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| CORROSION PREVENTION TECHNOLOGIES LLC, | ) ) ) | |
| *Plaintiff,* | ) ) ) | |
| v. | ) ) | Case No. 4:20-cv-02201 |
| LOREN L. HATLE, SANTIAGO HERNANDEZ, TIMOTHY MULVILLE, BEAR METAL TECHNOLOGIES, LLC, and CORROSION EXCHANGE, LLC, | ) ) ) ) ) ) | **JURY TRIAL DEMANDED** |
| *Defendants.* | ) ) | |

## DECLARATION OF CORINNE S. HOCKMAN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT LOREN HATLE'S MOTION FOR SUMMARY JUDGEMENT ON COUNT VI

I, Corinne S. Hockman, declare as follows:

1. I am an associate attorney with the law firm of Winston & Strawn, counsel of record for Plaintiff Corrosion Prevention Technologies, LLC. I have personal knowledge of the following facts and, if called as a witness, I could and would testify competently thereto.

2. **Exhibit 1** is a true and correct excerpt of the June 4, 2021 deposition of Loren L. Hatle.

3. **Exhibit 2** is a true and correct excerpt of U.S. Patent Publication No. 2021/0189571 A1, which is dated June 24, 2021.

4. **Exhibit 3** is a true and correct excerpt of the July 6, 2021 hearing before the Honorable Andrew S. Hanen.

I declare under penalty of perjury under the laws of the State of Texas and the United States of America that the foregoing is true and correct.

Executed this 13th day of July, 2021 in Houston, Texas.

                                                                           */s/ Corinne S. Hockman*
                                                                           CORINNE S. HOCKMAN