IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CORROSION PREVENTION TECHNOLOGIES LLC, | ) ) ) |
| *Plaintiff,* | ) ) ) |
| v. | ) Case No. 4:20-cv-02201 ) |
| LOREN L. HATLE, SANTIAGO HERNANDEZ, TIMOTHY MULVILLE, BEAR METAL TECHNOLOGIES, LLC, and CORROSION EXCHANGE, LLC, | ) **JURY TRIAL DEMANDED** ) ) ) ) |
| *Defendants.* | ) ) |

**APPENDIX OF EXHIBITS AND UNPUBLISHED AUTHORITY**

**TO**

**PLAINTIFF CORROSION PREVENTION TECHNOLOGIES LLC'S OPPOSITION TO DEFENDANT LOREN HATLE'S MOTION FOR SUMMARY JUDGMENT ON COUNT VI**

| Tab No. | Description |
|---|---|
| Exhibit 1 | Transcript Excerpts from Loren Hatle Deposition dated June 4, 2021 [FILED UNDER SEAL] |
| Exhibit 2 | U.S. Patent Application Publication No. 2021/0189571 |
| Exhibit 3 | Hearing Transcript Excerpt from July 6, 2021 hearing before Honorable Andrew S. Hanen. |
| Exhibit 4 | *In re Collins*, 437 F. App'x 314 (5th Cir. 2011) |
| Exhibit 5 | *In re CorrLine Int'l, LLC*, No. 14-32740, Doc. No. 99 (Bankr. S.D.T.X. Oct. 14, 2014) |
| Exhibit 6 | *Ono's Trading Co., LLC v. Parnell*, CV 04-0706-CG-C, 2006 WL 8437743, at *10 (S.D. Ala. Nov. 22, 2006) |
| Exhibit 7 | *Wells Fargo Bank, N.A. v. David Orlando Collins*, No. H:09-2483, 2010 WL 3303663, at *3 (S.D. Tex. Aug. 19, 2010) |
| Exhibit 8 | Continuation-in-Part Application (R-08.2017), MPEP § 201.08 |
| Exhibit 9 | Improper Naming of Inventors (R-10.2019), MPEP § 2157 |