# **Exhibit 3**

```
                  UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF TEXAS
                        HOUSTON DIVISION



CORROSION PREVENTION        .  4:20-CV-02201
TECHNOLOGIES LLC,           .  HOUSTON, TEXAS
                            .  JULY 6, 2021
     PLAINTIFF,             .  1:58 P.M.
VS.                         .
                            .
LOREN L. HATLE,             .
SANTIAGO HERNANDEZ,         .
TIMOTHY MULVILLE,           .
BEAR METAL TECHNOLOGIES LLC,.
CORROSION EXCHANGE LLC,     .
                            .
     DEFENDANTS.            .
. . . . . . . . . . . . . . . .


              TRANSCRIPT OF MOTION HEARING
       BEFORE THE HONORABLE ANDREW S. HANEN
              UNITED STATES DISTRICT JUDGE



                      APPEARANCES



FOR THE PLAINTIFF:

     John R. Keville
     Kyle A. Terao
     WINSTON STRAWN LLP
     1111 Louisiana Street
     Twenty-fifth Floor
     Houston, Texas  77002
```

```
 1                    APPEARANCES - CONTINUED

 2

 3    FOR THE DEFENDANTS:

 4
          Robb D. Edmonds
 5        EDMONDS & NOLTE PC
          2625 Bay Area Boulevard
 6        Suite 530
          Houston, Texas  77058
 7

 8

 9    OFFICIAL COURT REPORTER:

10        Mayra Malone, CSR, RMR, CRR
          U.S. Courthouse
11        515 Rusk
          Room 8004
12        Houston, Texas  77002
          713-250-5787
13

14

15    Proceedings recorded by mechanical stenography.  Transcript
      produced by computer-aided transcription.
16

17

18

19

20

21

22

23

24

25
```

<mark>17</mark>

14:20  1  here and let's sit down and figure out what the best way to
       2  proceed is.
       3      MR. KEVILLE: Okay.
       4      THE COURT: But whatever your obligation is right now
14:20  5  to produce something, I'm holding that off too. I mean, that's
       6  part of staying everything because, you know, that would defeat
       7  the purpose of this whole thing if I ordered you to go ahead
       8  and produce the secret sauce without the patent bar.
       9      MR. KEVILLE: Right. Right. Your Honor, the same
14:20 10  thing, I assume everything is stayed? So all the documents
      11  that they said didn't exist that actually do exist, those
      12  get -- they get to hold them until after summary judgment?
      13      THE COURT: Unless you can show me where it has
      14  something to do with the summary judgment.
14:21 15      MR. KEVILLE: That's one of the things I need to
      16  check.
      17      THE COURT: I mean, if there is something to do with
      18  the summary judgment --
      19      MR. KEVILLE: There may be, but I need to consider
14:21 20  that.
      21      THE COURT: Mr. Edmonds, you can assume that -- you
      22  know, even if it is tangentially related to the summary
      23  judgment, then I'm going to order it produced. So if you want
      24  to write him a letter and say, Hey, I have looked at this, we
14:21 25  need X, Y and Z documents that the guy in Minnesota has, you

```
1                            * * *
2
3        I certify that the foregoing is a correct transcript from
4   the record of proceedings in the above-entitled cause.
5
6   Date: July 9, 2021
7
                          /s/ Mayra Malone
8                         --------------------------------------
                          Mayra Malone, CSR, RMR, CRR
9                         Official Court Reporter
```