IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CORROSION PREVENTION TECHNOLOGIES LLC | ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Civil Action 4:20-cv-02201 |
| LOREN HATLE, SANTIAGO HERNANDEZ, TIMOTHY MULVILLE, BEAR METAL TECHNOLOGIES, LLC, and CORROSION EXCHANGE, LLC, | ) ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) | |

**APPENDIX OF EXHIBITS**

**TO**

**RESPONSE TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT <u>ON COUNTS I, II, III, IV, V, AND VII</u>**

| Tab No. | Description |
|---|---|
| Exhibit 1 | January 27, 2021 email from Cori Hockman to Robb Edmonds and Michael Faries [FILED UNDER SEAL] |
| Exhibit 2 | March 25, 2021 letter of from Cori Hockman to Robb Edmonds [FILED UNDER SEAL] |