IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CORROSION PREVENTION TECHNOLOGIES LLC | ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Civil Action 4:20-cv-02201 |
| LOREN HATLE, SANTIAGO HERNANDEZ, TIMOTHY MULVILLE, BEAR METAL TECHNOLOGIES, LLC, and CORROSION EXCHANGE, LLC, | ) ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) | |

## DECLARATION OF MICHAEL FARIES IN RESPONSE TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT ON COUNTS I, II, III, IV, V, AND VII

I, Michael Faries, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the following is true and correct.

1. My name is Michael Faries. I am over the age of 18 years and I am competent in all respects to make this declaration. All factual statements made herein are based on my personal knowledge.

2. I am an attorney at law, licensed to practice in the State of Texas. I am counsel for Defendants in this case.

3. **Exhibit 1** is a true and correct copy of a January 27, 2021 email from Cori Hockman to Robb Edmonds and Michael Faries.

4. **Exhibit 2** is a true and correct copy of the March 25, 2021 letter of from Cori Hockman to Robb Edmonds.

Executed on July 19, 2021 in Houston, Texas.

*/s/ Michael Faries*
MICHAEL FARIES