IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CORROSION PREVENTION TECHNOLOGIES LLC | ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Civil Action 4:20-cv-02201 |
| LOREN HATLE, SANTIAGO HERNANDEZ, TIMOTHY MULVILLE, BEAR METAL TECHNOLOGIES, LLC, and CORROSION EXCHANGE, LLC, | ) ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) | |

### DECLARATION OF MICHAEL FARIES IN RESPONSE TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT ON COUNT VI

I, Michael Faries, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the following is true and correct.

1. My name is Michael Faries. I am over the age of 18 years and I am competent in all respects to make this declaration. All factual statements made herein are based on my personal knowledge.

2. I am an attorney at law, licensed to practice in the State of Texas. I am counsel for Defendants in this case.

3. **Exhibit 1** is a true and correct copy of Bibliographic Data retrieved from USPTO on July 22, 2021, for Application Number: 13/750,445.

4. **Exhibit 2** is a true and correct copy of Bibliographic Data retrieved from USPTO on July 22, 2021, for Application Number: 15/012,618.

5. **Exhibit 3** is a true and correct copy of Bibliographic Data retrieved from USPTO on July 22, 2021, for Application Number: 16/832,699.

6. **Exhibit 4** is a true and correct copy of Bibliographic Data retrieved from USPTO on July 22, 2021, for Application Number: 17/195,361.

7. **Exhibit 5** is a true and correct copy of an assignment of patents from Plaintiff to Corrosion Innovations, LLC.

8. **Exhibit 4** is a true and correct copy of excerpts of Plaintiff's Objections and Responses to Defendants' First Set of Interrogatories and Requests for Production [FILED UNDER SEAL].

Executed on July 23, 2021 in Houston, Texas.

*/s/ Michael Faries*
MICHAEL FARIES

*Corrosion Prevention Technologies LLC vs. Loren Hatle, et al.*
*Civil Action No. H-4:20-cv-02201* Page 2 of 2
*U.S. District Court, So. Dist. of TX-Houston Division*