IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CORROSION PREVENTION TECHNOLOGIES LLC<br>　　Plaintiff, | )<br>)<br>)<br>) | |
| vs. | ) | Civil Action 4:20-cv-02201 |
| | ) | |
| LOREN HATLE, SANTIAGO HERNANDEZ, TIMOTHY MULVILLE, BEAR METAL TECHNOLOGIES, LLC, and CORROSION EXCHANGE, LLC,<br>　　Defendants. | )<br>)<br>)<br>)<br>) | **JURY TRIAL DEMANDED** |

**APPENDIX OF EXHIBITS**

**TO**

**RESPONSE TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT ON COUNT VI**

| Tab No. | Description |
|---|---|
| Exhibit 1 | Bibliographic Data retrieved from USPTO on July 22, 2021, for Application Number: 13/750,445 |
| Exhibit 2 | Bibliographic Data retrieved from USPTO on July 22, 2021, for Application Number: 15/012,618 |
| Exhibit 3 | Bibliographic Data retrieved from USPTO on July 22, 2021, for Application Number: 16/832,699 |
| Exhibit 4 | Bibliographic Data retrieved from USPTO on July 22, 2021, for Application Number: 17/195,361 |
| Exhibit 5 | Assignment of Patents from Plaintiff to Corrosion Innovations, LLC |
| Exhibit 6 | Excerpts of Plaintiff's Objections and Responses to Defendants' First Set of Interrogatories and Requests for Production [FILED UNDER SEAL] |