# EXHIBIT 1

| 13/750,445 | TREATMENT KIT FOR CLEANING SUBSTRATE SURFACES FOR REMOVAL OF WATER AND NON-WATER SOLUBLE OXIDES AND IONIC COMPOUNDS | 2004.001A | 07-22-2021::12:39:17 |

# Bibliographic Data

| | | | |
|---|---|---|---|
| Application Number: | 13/750,445 | Correspondence Address Customer Number: | 29637 |
| Filing or 371 (c) Date: | 01-25-2013 | Status: | Patented Case |
| Application Type: | Utility | Status Date: | 11-04-2015 |
| Examiner Name: | DOUYON, LORNA M | Location: | ELECTRONIC |
| Group Art Unit: | 1761 | Location Date: | - |
| Confirmation Number: | 3810 | Earliest Publication No: | - |
| Attorney Docket Number: | 2004.001A | Earliest Publication Date: | - |
| Class / Subclass: | 510/445 | Patent Number: | 9,193,943 |
| First Named Inventor: | Loren L. Hatle , Humble, TX (US) | Issue Date of Patent: | 11-24-2015 |
| First named Applicant: | LLC CORRLINE INTERNATIONAL , Houston, TX (US) | International Registration Number (Hague): | - |
| Entity Status: | Small | International Registration Publication Date: | - |
| AIA (First Inventor to File): | No | | |

| Title of Invention: | TREATMENT KIT FOR CLEANING SUBSTRATE SURFACES FOR REMOVAL OF WATER AND NON-WATER SOLUBLE OXIDES AND IONIC COMPOUNDS |

**Close Window**