# EXHIBIT 2

| 15/012,618 | Methods for Removal of Reaction Sites on Metal Surfaces and Application of a Nanotube Containing Protecting Coating | 12200.002 | 07-22-2021::12:45:26 |

## Bibliographic Data

| | | | |
|---|---|---|---|
| Application Number: | 15/012,618 | Correspondence Address Customer Number: | 63209 |
| Filing or 371 (c) Date: | 02-01-2016 | Status: | Patented Case |
| Application Type: | Utility | Status Date: | 07-04-2018 |
| Examiner Name: | LEONG, NATHAN T | Location: | ELECTRONIC |
| Group Art Unit: | 1715 | Location Date: | - |
| Confirmation Number: | 5909 | Earliest Publication No: | - |
| Attorney Docket Number: | 12200.002 | Earliest Publication Date: | - |
| Class / Subclass: | 427/299 | Patent Number: | 10,030,310 |
| First Named Inventor: | LOREN L. HATLE, Humble, TX (US) | Issue Date of Patent: | 07-24-2018 |
| First named Applicant: | Clean Metal Technologies, L.L.C., Houma, LA | International Registration Number (Hague): | - |
| Entity Status: | Small | International Registration Publication Date: | - |
| AIA (First Inventor to File): | Yes | | |

| | |
|---|---|
| Title of Invention: | Methods for Removal of Reaction Sites on Metal Surfaces and Application of a Nanotube Containing Protecting Coating |

**Close Window**