# EXHIBIT 3

| 16/832,699 | SURFACE TREATMENT COMPOSITION AND METHODS FOR USE | CORR-002 | 07-22-2021::12:48:03 |
|---|---|---|---|

## Bibliographic Data

| | | | |
|---|---|---|---|
| Application Number: | 16/832,699 | Correspondence Address Customer Number: | 60935 |
| Filing or 371 (c) Date: | 03-27-2020 | Status: | Patented Case |
| Application Type: | Utility | Status Date: | 05-19-2021 |
| Examiner Name: | ASDJODI, MOHAMMADREZA | Location: | ELECTRONIC |
| Group Art Unit: | 1767 | Location Date: | - |
| Confirmation Number: | 4856 | Earliest Publication No: | US 2020-0308714 A1 |
| Attorney Docket Number: | CORR-002 | Earliest Publication Date: | 10-01-2020 |
| Class / Subclass: | 510/258 | Patent Number: | 11,028,489 |
| First Named Inventor: | Loren L. Hatle , Houston, TX (US) | Issue Date of Patent: | 06-08-2021 |
| First named Applicant: | CORROSION EXCHANGE LLC , Humble, TX | International Registration Number (Hague): | - |
| Entity Status: | Small | International Registration Publication Date: | - |
| AIA (First Inventor to File): | Yes | | |

| Title of Invention: | SURFACE TREATMENT COMPOSITION AND METHODS FOR USE |
|---|---|

**Close Window**