# EXHIBIT 4

| 17/195,361 | SURFACE TREATMENT COMPOSITION AND METHODS FOR USE | CORR-002C1 | 07-22-2021::12:51:18 |

## Bibliographic Data

| | | | |
|---|---|---|---|
| Application Number: | 17/195,361 | Correspondence Address Customer Number: | 60935 |
| Filing or 371 (c) Date: | 03-08-2021 | Status: | Application Dispatched from Preexam, Not Yet Docketed |
| Application Type: | Utility | Status Date: | 03-17-2021 |
| Examiner Name: | - | Location: | ELECTRONIC |
| Group Art Unit: | 1767 | Location Date: | - |
| Confirmation Number: | 3062 | Earliest Publication No: | US 2021-0189571 A1 |
| Attorney Docket Number: | CORR-002C1 | Earliest Publication Date: | 06-24-2021 |
| Class / Subclass: | 510/258 | Patent Number: | - |
| First Named Inventor: | Loren L. Hatle , Houston, TX (US) | Issue Date of Patent: | - |
| First named Applicant: | CORROSION EXCHANGE LLC , Humble, TX (US) | International Registration Number (Hague): | - |
| Entity Status: | Small | International Registration Publication Date: | - |
| AIA (First Inventor to File): | Yes | | |

| Title of Invention: | SURFACE TREATMENT COMPOSITION AND METHODS FOR USE |

**Close Window**