Case 4:20-cv-02201   Document 68   Filed on 11/02/23 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
November 03, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CORROSION PREVENTION TECHNOLOGIES, LLC, *Plaintiff*, | § § § § | |
| v. | § | CIVIL ACTION NO. 4:20-CV-02201 |
| LOREN L. HATLE, *et al.*, *Defendants*. | § § § § | |

## ORDER

The Court denied Defendants' Motions for Summary Judgment in this case on March 1, 2022. No action has been taken in this case since that time. The parties are hereby ordered to file a Joint Proposed Scheduling Order by November 17, 2023, or the Court will consider dismissing this case for want of prosecution pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

SIGNED this 2nd day of November 2023.

Andrew S. Hanen
United States District Judge