United States District Court
Southern District of Texas
**ENTERED**
November 21, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Corrosion Prevention Technologies, LLC, Plaintiff | § § § | |
| VS | § § | CIVIL ACTION NO. H: 22-2201 |
| Loren L. Hatle, et al Defendants. | § § § | |

## ORDER

The Court issued a Order (Doc. No. 68) on November 2, 2023, giving the parties until November 17, 2023 to file a Joint Proposed Scheduling Order or the Court would consider dismissal for failure to prosecute. As of the date of this Order, the parties have failed to do so. Accordingly, it is hereby

**ORDERED** that this case is **DISMISSED** without prejudice for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

SIGNED at Houston, Texas, this 21st day of November 2023.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE